Decided March 25, 1993

STATE OF CONNECTICUT *v.* MICHAEL J. GILBERT

The defendant's' petition for certification for appeal from the Appellate Court, 30 Conn. App. 428 (AC 11095), is granted, limited to the following issue:

"Under the circumstances of this case, did the defendant's amnesia prevent him from receiving a fair trial?"

The Supreme Court docket number is SC 14735.

*Mark Shapera*, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided March 25, 1993